AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | | |
|---|---|---|
| VENENCIO TELLERIA, individually and on behalf of similarly situated persons, *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | |
| v. | | Civil Action No. 1:21-CV-00271-DCN |
| BOISE PIZZA, INC., and PHIL MIKELONIS, *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BOISE PIZZA, INC. may be served via its registered agent Michael Christian at 101 S Capitol Blvd Ste 930, Boise, ID, 83702, or wherever he may be found.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: June 24, 2021



**United States Courts
District of Idaho**

**ISSUED**
*Kimberly Tudela
on Jun 24, 2021 3:50 pm*